UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL SCHMOLLINGER and GLORIA SCHMOLLINGER, h/w<br><br>Plaintiffs,<br><br>v.<br><br>MARGARITAVILLE HOLDINGS, LLC d/b/a MARGARITAVILLE BEACH RESORT – GRAND CAYMAN<br><br>and<br><br>CEDAR RAIL ENTERPRISES, LTD. d/b/a CAYMAN CONDOS and SUNSET COVE CONDOMINIUMS<br><br>Defendants. | CIVIL ACTION NO.: 2:18-cv-04741-NIQA |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Carl and Gloria Schmollinger, by and through counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

Respectfully submitted,

GOLKOW HESSEL, LLC

BY: _____
James D. Golkow, Esquire
Timothy J. Ryan, Esquire
Attorneys for Plaintiffs

Date: 12/12/18